UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:                                )
    Kelvin R. Haywood, Sr.      )    Case No.
    Debtor.                     )    Hearing Date:
                                      )    Hearing Time:
                                      )    Hearing Location:

CHAPTER 13 PLAN

**PAYMENTS. Debtor is to pay to the Chapter 13 Trustee the sum of the following amounts: (complete one of the following payment options)**

$_____ per month for _____ months.

$ _645.00_ per month for _12_ months, then $_530.00_ per month for _36_ months, then $_450.00_ per month for _12_ months.

A total of $_____ through _____, then $_____ per month for _____ months beginning with the payment due in _____, 20____.

In addition, Debtor shall pay to the Trustee, and the plan base shall be increased by the following:

(1) <u>Tax Refund.</u>  Debtor shall send any tax refund received during the pendency of the Chapter 13 case to the Trustee; however, Debtor may retain a portion of a tax refund to pay income taxes owed to any taxing authority for the same period as the refund.  Debtor may also retain $1,250 for single filers or $1,500 for joint filers and refundable tax credits consisting of Earned Income Credit (EIC) and Additional Child Tax Credit each year.  (2) <u>Employee Bonuses.</u>  Debtor shall send fifty percent of any employee bonus or other distribution paid or payable to Debtor during the term of the plan.  (3) <u>Additional Lump Sums.</u>  Debtor shall send additional lump sums(s) consisting of _____, if any, to be paid to the Trustee.

**DISBURSEMENTS. Creditors shall be paid in the following order and in the following fashion.  Unless stated otherwise, the Chapter 13 Trustee will make the payments to creditors. All disbursements by the Trustee to be made pro-rata by class, except per month disbursements described below.  However, if there are funds available after payment of equal monthly payments in paragraph 5 and fees in paragraph 6, those funds shall be distributed again to those same paragraphs until paid in full before distributing to the next highest paragraphs:**

(L.F. 13 Rev. 5/2015)

1

1. **Trustee and Court Fees.** Pay Trustee a percentage fee as allowed by law and pay filing fees if the Court enters an order providing for filing fees to be paid in the Chapter 13 plan.

2. **Executory Contract/Lease Arrearages**. Trustee to cure pre-petition arrearage on any executory contract accepted in paragraphs 3(A or B) over the following period, estimated as follows:

   CREDITOR NAME                TOTAL AMOUNT DUE            CURE PERIOD

3. Pay sub-paragraphs concurrently:

   (A) **Post-petition real property lease payments.** Debtor assumes executory contract for real property with the following creditor(s) and proposes to maintain payments in accordance with terms of the original contract as follows:
   CREDITOR NAME          MONTHLY PAYMENT          BY DEBTOR/TRUSTEE

   (B) **Post-petition personal property lease payments**. Debtor assumes executory contract for personal property with the following creditor(s) and proposes to maintain payments in accordance with terms of the original contract as follows:
   CREDITOR NAME          MONTHLY PAYMENT          EST MONTHS REMAINING

   (C) **Continuing Debt Payments (including post-petition mortgage payments on real estate other than Debtor's residence )** Maintain payments of the following continuing debt(s) in accordance with terms of the original contract with any arrearages owed at the time of filing to be cured in paragraph _5_ below.
   CREDITOR NAME                        MONTHLY PAYMENT

   (D) **Post-petition mortgage payments on Debtor's residence.** Payments due post-filing on debt(s) secured by lien(s) on Debtor(s) residence to be at the monthly amount listed below (or as adjusted by creditor under terms of loan agreement) to:
   CREDITOR NAME          MONTHLY PAYMENT          BY DEBTOR/TRUSTEE
   Select Portfolio Servicing          1,183.50                    Debtor

   (E) **DSO Claims in equal installments.** Pay any pre-petition domestic support obligation arrears (not provided for elsewhere in this plan) in full in equal monthly installments over the life of the plan, estimated as:
   CREDITOR NAME                TOTAL AMOUNT DUE            INTEREST RATE

4. **Attorney Fees**. Pay Debtor's attorney $_1,300.00_ in equal monthly payments over _12_ months. Any additional fees allowed by the Court shall be paid pursuant to paragraph 6 below. [See the Local Rules for limitations on use of this paragraph]

(L.F. 13 Rev. 5/2015)

5. Pay sub-paragraphs concurrently:

(A) **Pre-petition arrears on secured claims paid in paragraph 3**. Pay pre-petition arrearage on debts paid under paragraphs 3 (C) or (D) in equal monthly installments over the period set forth below and with the interest rate identified below, estimated as follows:

| CREDITOR NAME | TOTAL AMOUNT DUE | CURE PERIOD | INTEREST RATE |
|---|---|---|---|
| Select Portfolio Servicing | 13,250.00 | 48 months | 0.00 |

(B) **Secured claims to be paid in full.** The following claims shall be paid in full in equal monthly payments over the period set forth below with  5.00  % interest.

| CREDITOR | EST BALANCE DUE | REPAY PERIOD | TOTAL w/ INTEREST |
|---|---|---|---|
| MSD | 1,833.25 | 55 months | 2,055.35 |
| MSD | 514.77 | 55 months | 576.95 |

(C) **Secured claims subject to modification.** Pay all other secured claims the fair market value of the collateral, as of the date the petition was filed, in equal monthly payments over the period set forth below with  5.00 % interest and with any balance of the debt to be paid as non-priority unsecured debt under paragraph 9 (A), estimated as set forth below:

| CREDITOR | BALANCE DUE | FMV | REPAY PERIOD | TOTAL w/ INTEREST |
|---|---|---|---|---|
| Exeter Financial Corporation | 12,442.70 | 8,325.00 | 55 months | 9,332.40 |

(D) **Co-debtor guaranteed debt paid in equal monthly installments**. The following co-debtor guaranteed claims(s) to be paid by Trustee or by the co-debtor as noted below. If paid by Trustee, pay claim in equal monthly installments over the period set forth below and with interest as identified below.

| CREDITOR | EST BALANCE | TRUSTEE/CO-DEBTOR | PERIOD | INTEREST RATE |
|---|---|---|---|---|

(E) Pay any post-petition fees and costs as identified in a notice filed per Federal Rule of Bankruptcy Procedure 3002.1 as a supplement to an allowed claim or any other post-petition fees and costs which the Court allows and orders the Trustee to pay. Any such amounts shall be paid in equal monthly payments over the remainder of the plan duration and shall not receive interest.

6. Pay $ 2,000.00  of debtor's attorney's fees and any additional attorney fees allowed by the Court.

(L.F. 13 Rev. 5/2015)

3

7. Pay sub-paragraphs concurrently:

(A) **Unsecured Co-debtor guaranteed claims**. The following unsecured co-debtor guaranteed debt to be paid by Trustee or by the co-debtor as noted below. If paid by Trustee, pay claim in full with interest rate as identified below.
CREDITOR NAME     EST TOTAL DUE     TRUSTEE/CO-DEBTOR     INTEREST RATE

(B) **Assigned DSO Claims**. Domestic support obligation arrearages assigned to, or recoverable by, a governmental unit, to be paid a fixed amount with the balance to be owed by the Debtor(s) after completion of the Plan, pursuant to § § 507(a)(1)(B) and 1322(a)(4). Regular payments that become due after filing shall be paid **directly** by Debtor(s).
CREDITOR          TOTAL DUE          TOTAL AMOUNT PAID BY TRUSTEE
                                     (100% or lesser dollar amount enumerated here)

8. **Priority Claims.** Pay the following priority claims allowed under 11U.S.C. section 507 in full, estimated as follows:

| CREDITOR NAME | TOTAL AMOUNT DUE |
|---|---|
| Collector of Revenue | 737.36 |
| Collector of Revenue | 870.12 |

9. Pay the following sub-paragraphs concurrently:

(A) **General Unsecured Claims**. Pay non-priority, unsecured creditors. Estimated total owed: $ 19,212.73 . Amount required to be paid to non-priority unsecured creditors as determined by 1325(a)(4) hypothetical Chapter 7 liquidation calculation: $ 0.00 . Amount required to be paid to non-priority unsecured creditors as determined by 1325(b) calculation: $ 0.00 . Debtor guarantees a minimum of 0.00 (Dollar amount or 100%) will be paid to non-priority unsecured creditors.

(B) **Surrender of Collateral**. Debtor proposes to surrender the following collateral to the following creditor(s) with any deficiency paid as non-priority unsecured debt:
CREDITOR          COLLATERAL

(C) **Rejected Executory Contracts/Leases.** Debtor rejects the following executory contract(s) with the following creditor(s). Any balance to be paid as non-priority unsecured debt:
CREDITOR          CONTRACT/LEASE

10. Other: Debtor to file lien avoidance to avoid judgment lien in favor of Portfolio Recovery Associates, LLC.

(L.F. 13 Rev. 5/2015)

4

11. All secured creditors shall retain the liens securing their claims until the earlier of the payment of the underlying debt determined under non-bankruptcy law or discharge under section 1328. However, the Debtor will request avoidance of non-purchase money liens secured by consumer goods as well as judicial liens which impair exemptions and said creditors will not retain their liens if the Court enters an order granting the Debtor's request to avoid the liens.

12. Any pledged credit union shares or certificates of deposit held by any bank shall be applied to the amount owed such Claimant.

13. Title to Debtor's property to re-vest in Debtor upon confirmation. Debtor is not to incur further credit or debt without the consent of the Court unless necessary for the protection of life, health or property and consent cannot be obtained readily. Within fourteen days of filing federal and state income tax returns, Debtor shall provide a copy of each return to the Chapter 13 Trustee.

14. Any post-petition claims filed and allowed under 11 U.S.C. section 1305 may be paid through the plan.

CREDITOR'S NOTICE: YOU MUST FILE A CLAIM IN ORDER TO PARTICIPATE IN DISBURSEMENTS PROPOSED HEREIN. CLAIMS SHALL SHARE ONLY IN FUNDS DISBURSED AFTER THE CHAPTER 13 TRUSTEE RECEIVES THE CLAIM. IN COMPLIANCE WITH ORDER OF THE COURT, ABSENT A SPECIFIC ORDER OF THE COURT TO THE CONTRARY, THE CHAPTER 13 TRUSTEE, RATHER THAN THE DEBTOR, WILL MAKE ALL PRE-CONFIRMATION DISBURSEMENTS PURSUANT TO SECTION 1326(a). ALL CREDITORS ENTITLED TO PRE-CONFIRMATION DISBURSEMENTS, INCLUDING LEASE CREDITORS, MUST FILE A PROOF OF CLAIM TO BE ENTITLED TO RECEIVE SUCH PAYMENTS FROM THE CHAPTER 13 TRUSTEE. PURSUANT TO LOCAL RULE, THE PROOF OF CLAIM SHALL CONTROL THE VALUATION OF COLLATERAL AND ANY VALUATION STATED IN THE PLAN SHALL NOT BE BINDING ON THE CREDITOR. THE TRUSTEE, IN HIS SOLE DISCRETION, MAY DETERMINE TO RESERVE FUNDS FOR PAYMENT TO ANY CREDITOR SECURED BY A MORTGAGE ON REAL ESTATE PENDING FILING OF A CLAIM.

DATE: _May 8, 2017_     DEBTOR: _/s/ Kelvin R. Haywood, Sr._____

DATE: _____     DEBTOR: _____

(L.F. 13 Rev. 5/2015)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:                                     )
    Kelvin R. Haywood, Sr.        )        Case No.
                                           )        Chapter 13
Debtor                                     )

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and correct copy of Debtors Chapter 13 Plan was served upon the following by enclosing said plan in an envelope clearly addressed to said party with postage fully prepaid and by depositing said envelopes in a U.S. Post Office mail box and/or electronically in St. Louis, Missouri on the 11th day of May, 2017

John V. LaBarge, Jr.                       Office of the U.S. Trustee
Chapter 13 Trustee                         111 South Tenth Street
P.O. Box 430908                            Room 6353
St. Louis, MO  63143                       St. Louis, MO  63102

All creditors on the attached matrix.

                                                /s/John C. Caraker

```
ACI, LLC
2420 Sweet Home Rd # 150
Amherst, NY  14228-2244


afni
1310 Martin Luther King Drive
Bloomington, MO  61702-3517


America's Financial Choice, Inc.
651 Carlyle Avenue G
Belleville, IL  62221


Audit Systems, Inc.
3696 Ulmerton Road 200
Clearwater, FL  33762


Barnes-Jewish Hospital
P.O. Box 954540
St. Louis, MO  63195-4540


BJC Healthcare
P.O. Box 958410
St. Louis, MO  63195-8410


BJC Medical Grp at Northwest HealthCare
P.O. Box 958417
St. Louis, MO  63195-8417
```

```
Collector of Revenue
1200 Market St Rm 410
Saint Louis, MO   63103-2807


Consumer Collection Management, Inc.
P.O. Box 1839
Maryland Heights, MO   63043-1839


Diversified Consultants, Inc.
P.O. Box 551268
Jacksonville, FL   32255-1268


ERC
P.O. Box 23870
Jacksonville, FL   32241-3870


Exeter Finance Corp.
P.O. Box 204480
Dallas, TX   75321-4480


Fedloan Servicing
P.O. Box 69184
Harrisburg, PA   17106-9184


Gateway Digestive & Liver Spec,, LLC
4510 Delmar Boulevard
St. Louis, MO   63108-1702
```

```
Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114-0326


Juniper Card Services
P.O. Box 13337
Philadelphia, PA  19101-3337


Kramer & Frank, P.C.
9300 Dielman Industrial Drive 100
St. Louis, MO  63132-2205


Medicredit, Inc.
P.O. Box 1629
Maryland Heights, MO  63043-0629


Mericredit, Inc.
P.O. Box 1629
Maryland Heights, MO  63043-0629


Metropolitan St. Louis Sewer District
P.O. Box 437
St. Louis, MO  63166-0437


Missouri Department of Revenue
Bankruptcy Unit
P.O. Box 475
Jefferson City, MO  65102-0475
```

```
One Advantage, LLC
7650 Magna Drive
Belleville, IL  62223


One Main
P.O. Box 64
Evansville, IN  47701-0064


Pech, Hughes & McDonald, P.C.
P.O. Box 2165
Cedar Rapids, IA  52406


Portfolio Recovery Associates, LLC
P.O. Box 12903
Norfolk, VA  23541


Sam's Club/GECRB
P.O. Box 530942
Atlanta, GA  30353-0942


Schwartzkopf Law Offices
2600 Forum Boulevard A
Columbia, MO  65203


Sean Hadican
120 Corporate Boulevard
Norfolk, VA  23541
```

```
Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT  84165-0250


SLUCare Physician Group
P.O. Box 18353M
St. Louis, MO  63195-8353


Sprint
P.O. Box 4191
Carol Stream, IN  60197-4191


SSM Health SLU Hosp Anes Physician
P.O. Box 505313
St. Louis, MO  63150-5313


SSM Health SLU Hospital
P.O. Box 505313
St. Louis, MO  63150-5313


Sun Loan
9000 St. Charles Rock Road
St. John, MO  63114


Tower Loan of Missouri, Inc.
116 West Main Street
Washington, MO  63090
```

```
United States Attorney
111 South 10th Street, 20th Floor
St. Louis, MO  63102


Washington University Physicians
P.O. Box 502432
St. Louis, MO  63150-2432


Washington University Physicians
P.O. Box 1839
Maryland Heights, MO  63043-1839


Wetsch Abbott Osborn Van Vliet, PLC
P.O. Box 2165
Cedar Rapids, IA  52406
```