**UNITED STATES BANKRUPTCY COURT**
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Fourth Floor
St. Louis, MO 63102

In re:  
Kelvin R Haywood Sr  

Case No.: 17-43307 – A659  
Chapter: 13

Debtor(s):

## CERTIFICATION OF DOMESTIC SUPPORT OBLIGATIONS

The undersigned Debtor hereby certifies under penalty of perjury: (check appropriate box).

☐ I have paid all amounts due under a domestic support obligation order as provided in 11 U.S.C. §1328(a), §1228(a), or §1192, as applicable, as of the date of this certification;

☒ I did not have a domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

By signing below, I further certify that the information contained in this certification is true and accurate under penalty of perjury and, if required, that I served (mailed) a copy of this document to each person entitled to receive domestic support obligations from me. Those persons are listed below.

Date: 7/11/22

Signed: *Kelvin R. Haywood Sr.*

Debtor's Printed Name: Kelvin R. Haywood Sr.
(In a joint case, each debtor must sign and file a separate form)

Domestic Support Recipient(s):

Name: _____
Address: _____
_____

Name: _____
Address: _____
_____

Rev. 01/22 dso